# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Frederick Luster, *on behalf of himself and others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>Wells Fargo Dealer Services, Inc.<br><br>    Defendant. | No. 1:15cv1058-TWT |

## JOINT STATUS REPORT

1. On February 2, 2017, this Court stayed this matter until February 13, 2017 to allow the Parties to continue to finalize settlement. The Court's Order approved the Parties' request that the Parties file either a Motion for Preliminary Approval of Class Action Settlement or a status report by February 13, 2017 updating the Court on the settlement proceedings.

2. The parties have finalized the settlement agreement and are in the process of conducting additional confirmatory discovery.

3. Subject to the Court's approval, by February 21, 2017, the Parties will file a Motion for Preliminary Approval of Class Action Settlement, or submit an additional status report updating the Court on the status of the settlement.

Respectfully submitted this 13th day of February, 2017,

By:   /s/ Stephen W. Riddell  
       Of Counsel

Stephen W. Riddell
(Georgia Bar No. 604810)
stephen.riddell@troutmansanders.com
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree St., N.E., Suite 5200
Atlanta, GA 30308
(404) 885-3000
(404) 885-3900 (fax)

John C. Lynch (*pro hac vice*)
john.lynch@troutmansanders.com
David M. Gettings (*pro hac vice*)
david.gettings@troutmansanders.com
TROUTMAN SANDERS LLP
222 Central Park Avenue Suite 2000.
Virginia Beach, VA 23462
(757) 687-7500
(757) 687-7510 (fax)

Chad R. Fuller (*pro hac vice*)
chad.fuller@troutmansanders.com
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
(858) 509-6056
(858) 509-6040  (fax)

*Counsel for Defendant*

By:   /s/ Alexander Burke  
       Of Counsel

Alexander Burke (*pro hac vice*)
aburke@burkelawllc.com
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Ste. 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)

James M. Feagle
jfeagle@skaarandfeagle.com
Clifton Dorsen
cdorsen@skaarandfeagle.com
SKAAR & FEAGLE, LLP
2374 Main Street
Suite B
Tucker, Georgia 30084
(404) 373-1970
(404) 601-1855 (fax)

Kris Skaar
krisskaar@aol.com
Justin T. Holcombe
jholcombe@skaarandfeagle.com
SKAAR & FEAGLE, LLP
133 Mirramont Lake Drive
Woodstock, GA 30189
 (770) 427-5600
(404) 601-1855 (fax)

Matthew R. Wilson
David P. Meyer &
Associates Co., LPA
Suite 100
1320 Dublin Road
Columbus, OH 43215
(614) 224-6000
614-224-6066 (fax)
mwilson@dmlaws.com

Michael Joseph Boyle , Jr.
Meyer Wilson Co., LPA
1320 Dublin Road
Columbus, OH 43215
(614) 224-6000
614-224-6066 (fax)
mboyle@meyerwilson.com

Michael Lewis Greenwald
Greenwald Davidson &
Radbil, PLLC
Suite 500
5550 Glades Road
Boca Raton, FL 33431
(561) 826-5477
mgreenwald@gdrlawfirm.com

Aaron D. Radbil
Greenwald Davidson &
Radbil, PLLC -TX
Suite 913
106 East Sixth Street
Austin, TX 78701
(512) 322-3912
561-961-5684 (fax)
aradbil@gdrlawfirm.com

Andrew R. Kaufman
Lieff Cabraser Heimann &
Bernstein-TN
Suite 1650
150 4th Avenue, N
Nashville, TN 37219-2423
(615) 313-9000
akaufman@lchb.com

Daniel M. Hutchinson
Lieff Cabraser Heimann &
Bernstein-CA
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339
(415) 956-1000
212-355-9592 (fax)
dhutchinson@lchb.com

Jonathan D. Selbin
Lieff, Cabrasher, Heiman &
Bernstein, LLP-NY
8th Floor
250 Hudson Street
New York, NY 10013-1413
(212) 355-9500
 jselbin@lchb.com

Keith James Keogh
Keogh Law, LTD
55 W. Monroe St.
Chicago, IL 60603
(312) 726-1092
Keith@KeoghLaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I certify that the foregoing document was prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

                                              /s/ Stephen W. Riddell

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2017, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will provide notification of such filing to all counsel of record.

                                              /s/ Stephen W. Riddell