## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| FREDERICK LUSTER, on behalf of himself and all others similarly situated, | : : : : | |
| Plaintiff, | : : | Civil Action File No. 1:15-cv-01058-TWT |
| v. | : : | |
| WELLS FARGO DEALER SERVICES, INC., | : : : | |
| Defendant. | : : | |

## CLASS COUNSEL'S
## MOTION FOR AN AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARD FOR CLASS REPRESENTATIVE

Class Counsel respectfully request that the Court order an award of (a) attorneys' fees and costs in the total amount of $4,450,217.40, which is 30% of the $14,834,058 non-reversionary cash Settlement Fund that Class Counsel obtained for the Class and (b) Service Award to the Class Representatives of $20,000.[1] In support of this motion, Class Counsel state:

Class Counsel have negotiated an excellent class action settlement in this

---

[1] The Settlement is attached as Exhibit 1 to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 57-2). Unless otherwise stated, all capitalized terms in this Motion carry the same meaning as defined in the Settlement.

case. As explained in the accompanying memorandum and declarations, the

requested fees, costs and Service Award are fair, reasonable, consistent with

Eleventh Circuit law, and should be approved.

Accordingly, Class Counsel respectfully request that the Court:

1.      award attorneys' fees and costs in the total amount of $4,450,217.40,

which is 30% of the $14,834,058 Settlement Fund;

2.      award a Service Award to the Class Representative of $20,000, and

3.      authorize co-lead Class Counsel to allocate the awarded fees and costs

among Class Counsel.

Respectfully submitted,

Dated: July 24, 2017            By:  /s/ Alexander H. Burke

BURKE LAW OFFICES, LLC
Alexander H. Burke (*pro hac vice*)
Email: aburke@burkelawllc.com
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson (*pro hac vice*)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

Facsimile: (415) 956-1008

Jonathan D. Selbin (*pro hac vice*)
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Andrew R. Kaufman (*pro hac vice*)
Email: akaufman@lchb.com
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

SKAAR & FEAGLE, LLP
James M. Feagle (Ga. Bar No. 256916)
Email: jfeagle@skaarandfeagle.com
2374 Main Street, Suite B
Tucker, GA 30084
Telephone: (404) 373-1970
Facsimile: (404) 601-1855

Justin T. Holcombe (Ga. Bar No. 552100)
Email: jholcombe@skaarandfeable.com
Kris Skaar (Ga. Bar No. 649610)
Email: krisskaar@aol.com
133 Mirramont Lake Drive
Woodstock, GA 30189
Telephone: (770) 427-5600
Facsimile (404) 601-1855

MEYER WILSON CO., LPA
Matthew R. Wilson (*pro hac vice*)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (*pro hac vice*)

3

Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

LAW OFFICES OF
DOUGLAS J. CAMPION, APC
Douglas J. Campion (*pro hac vice*)
Email: doug@djcampion.com
17150 Via Del Campo, Suite 100
San Diego, CA 92127
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

KEOGH LAW, LTD.
Keith Keogh (*pro hac vice*)
Email: keith@koeghlaw.com
55 W. Monroe, Ste. 3390
Chicago, IL 60603
Telephone: 312-265-3258
Facsimile: 312-726-1093

GREENWALD DAVIDSON RADBIL PLLC
Michael L. Greenwald (*pro hac vice*)
Email: mgreenwald@gdrlawfirm.com
5550 Glades Rd., Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
Facsimile: (561) 961-5684

Aaron D. Radbil (*pro hac vice*)
Email: aradbil@gdrlawfirm.com
106 East Sixth Street, Suite 913
Austin, TX 78701
Telephone: (512) 322-3912
Facsimile: (561) 961-5684

KAZAROUNI LAW GROUP, APC
Abbas Kazerounian (*pro hac vice*)
Email: ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6806
Facsimile: (800) 520-5523

HYDE & SWIGART
Joshua B. Swigart, Esq. (*pro hac vice*)
josh@westcoastlitigation.com
2221 Camino del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Class Counsel*

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1.C and 7.1.D of the Northern District of Georgia, that the foregoing was prepared in 14-point Times New Roman Font.

July 24, 2017.

/s/     *Alexander H. Burke*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

July 24, 2017.

/s/     *Alexander H. Burke*